UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RAFAEL FERNANDEZ** | ) | **CASE NO.:** |
|    Plaintiff | ) | **3:10-CV-01884-SRU** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.;** | ) | |
| **MIDLAND FUNDING LLC; and ENCORE** | ) | |
| **CAPITAL GROUP, INC., formerly known** | ) | |
| **as MCM CAPITAL GROUP, INC.,** | ) | |
|    Defendant | ) | |
| | ) | **FEBRUARY 24, 2011** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Rafael Fernandez, through his attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                       **PLAINTIFF, RAFAEL FERNANDEZ**

                       By: /s/Daniel S. Blinn_____
                           Daniel S. Blinn, Fed Bar No. ct02188
                           Matthew W. Graeber, Fed Bar No. ct27545
                           dblinn@consumerlawgroup.com
                           Consumer Law Group, LLC
                           35 Cold Spring Rd., Suite 512
                           Rocky Hill, CT  06067
                           Tel. (860) 571-0408; Fax (860) 571-7457

## **CERTIFICATION**

     I hereby certify that on this 24th day of February, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                <u>/s/Daniel S. Blinn</u>
                                                Daniel S. Blinn